Maplewood Colliery Co. v. Siebenmann, 182 Ill. App. 452.

## Statement of the Case.

Action by Claude B. Davis, trading as Claude B. Davis & Company, against Max J. Strauch and Wilhelmina Strauch. From a judgment for plaintiffs for two hundred and eight dollars, defendant brings error.

DANIEL V. HARKIN and DILLARD B. BAKER, for plaintiffs in error.

GEORGE M. STEVENS, for defendant in error.

MR. JUSTICE BAUME delivered the opinion of the court.

## Abstract of the Decision.

1. APPEAL AND ERROR, § 866*—*what abstract must contain.* A purported abstract which is a mere index of the record is wholly insufficient to present questions for review.

2. APPEAL AND ERROR, § 787*—*when bill of exceptions is necessary.* A bill of particulars and certain motions and affidavits which appear in a record can only be properly preserved by a bill of exceptions.

---

## Maplewood Colliery Company, Plaintiff in Error v. Otto F. Siebenmann, Defendant in Error.

### Gen. No. 18,114.   (Not to be reported in full.)

Error to the Superior Court of Cook county; the Hon. WILLIAM E. DEVER, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912. Affirmed. Opinion filed October 15, 1913.

## Statement of the Case.

Action of replevin by Maplewood Colliery Company against Otto F. Siebenmann. From an alternative

---

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.

judgment requiring the delivery of the property to defendant or in default thereof that defendant recover two hundred and seventy dollars and costs, plaintiff brings error.

CHIPERFIELD & CHIPERFIELD, for plaintiff in error.

WILLIAM MANNHARDT, for defendant in error.

MR. JUSTICE BAUME delivered the opinion of the court.

## Abstract of the Decision.

1.  CONTINUANCE, § 36*—when properly denied. Where a motion for a continuance is properly denied and a second motion prays for continuance upon the same ground, such second motion should also be denied, since to grant it would be to permit an amendment of the first motion.

2.  APPEAL AND ERROR, § 1035*—when assignment of error is necessary. Where there is no assignment of error because of the action of a court in proceeding to trial without a rule on the plaintiff to reply to several pleas filed, such plaintiff cannot object to such action.

3.  REPLEVIN, § 159*—when alternative judgment is proper. An alternative judgment for defendant is proper where a plaintiff replevied property which a defendant had performed work on and as to which work plaintiff was indebted to defendant for.

---

Ferdinand W. Jaros, Plaintiff in Error, v. Edward Johanning and A. M. Wertzberger, Defendants in Error.

Gen. No. 18,155.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. ARNOLD HEAP, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912. Reversed and remanded. Opinion filed October 15, 1913.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.